**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ST. CROIX FALLS SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>POWERSCHOOL HOLDINGS, INC.<br><br>Defendant. | Case No. 2:25-cv-00802-CSK<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT |

1 **[PROPOSED] ORDER**

2   Pursuant to the parties' joint motion for extension of time and good cause appearing, IT
3 IS SO ORDERED that the time for Defendant to move, answer or otherwise respond to the
4 Complaint shall be extended from April 4, 2025 until May 19, 2025.

5

6 Dated:  April 4, 2025

7                                                                             _____
8                                                                             CHI SOO KIM
                                                                              UNITED STATES MAGISTRATE JUDGE
9  5, stcr.0802.25